IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC BERRINGER, | CIVIL NO. 1:CV-00-1994 |
| Petitioner | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., | |
| Respondent | |

FILED
HARRISBURG, PA
MAY 2 3 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

Before the court is an April 19, 2001, report of the magistrate judge in which he recommends that the petition for writ of habeas corpus be dismissed for failure to exhaust state remedies and, in the alternative, for failure to state a cause of action. Petitioner has filed exceptions to the report.

Petitioner claims that the Board of Probation and Parole made changes to parole eligibility requirements which violated the *ex post facto* clause of Article I, Section 10 of the United States Constitution and that his denial of parole constituted a violation of substantive due process. Respondent raises the failure to exhaust issue.

It is unclear whether the Pennsylvania state appellate courts will entertain a challenge to the denial of parole based on constitutional grounds, which is the questions certified to the Supreme Court of Pennsylvania by the Third Circuit Court of Appeals in the case of <u>Coady v. Vaughn</u>, No. 98-1311.

Certified from the record
Date 5-23-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Therefore, until this certified question is addressed by the Pennsylvania Supreme Court, this court will not dismiss on exhaustion.

The magistrate judge does address the merits of the claim regarding *ex post facto* and substantive due process and finds these issues lacking in merit. In Petitioner's objections to these findings he does nothing more than say these are "in error." He further requests this action be stayed pending disposition of Coady.

It is unnecessary to stay as a review of the case law as applied to the facts of this case support the magistrate judge's finding that the instant suit has no merit. **IT IS THEREFORE ORDERED THAT:**

1) The court adopts in part and rejects in part the report and recommendation of Magistrate Judge Blewitt.

2) The captioned action is dismissed for failure to state a claim.

3) This court declines to issue a certificate of appealability.

4) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: May 23, 2001.

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

               * * MAILING CERTIFICATE OF CLERK * *

                        May 23, 2001
```

Re:   1:00-cv-01994    Berringer v. PA Board of Probatio

True and correct copies of the attached were mailed by the clerk to the following:

```
    Eric Berringer
    SCI-R
    SCI at Rockview
    BV-2424
    P.O. Box A
    Bellefonte, PA   16823

    Seth A. Mendelsohn, Esq.
    Office of the Attorney General
    15th Floor, Strawberry Sq.
    Harrisburg, PA   17120

    Francis R. Filipi, Esq.
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120

    Michael B. Fisher
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120

    DA Snyder County
    PO Box 217
    Middleburg, PA   17842
```

```
cc:
Judge                         (X )  Rambo              ( ) Pro Se Law Clerk
Magistrate Judge              (X )  Blewitt            ( ) INS
U.S. Marshal                  ( )                      ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (X )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                         DA of County  ( )   Respondents  ( )
Bankruptcy Court              ( )
Other_____  ( )
                                                    MARY E. D'ANDREA, Clerk


DATE: May 23rd, 2001                           BY: _____
                                                         Deputy Clerk
```