IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC BERRINGER, : CIVIL ACTION NO. 1:CV-00-1994
    Appellant :
     :
    v. :
     :
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, ET AL., :
    Respondents :

FILED
HARRISBURG
JUN 1 9 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

NOTICE OF APPEAL

Notice is hereby given, that Eric Berringer, above named Appellant, hereby Appeals to the United States Court of Appeals for the Third Circuit, dismissing the writ of habeas corpus pursuant to 42 U.S.C. Section 2254 and denying the certificate of appealability, which order was entered on April 19, 2001, filed May 23, 2001.

s/ Eric Berringer
ERIC BERRINGER
#BV-2424
BOX A.
BELLEFONTE, PA 16823

MAILED THROUGH INTERNAL MAIL SYSTEM AT S.C.I. Rockview on June 16, 2001.

Certified from the record
Date 6/20/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk