(12)
6/30/01

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

RECEIVED
JUN 2 1 2001
U.S.C.A. 3rd. CIR.

Eric Berringer

v.

PA Board of Probation
and Parole

Dist. Ct. Docket ___1:CV-00-1994___

Ct. of Appeals Docket #_____

NOTICE OF APPEAL FILED___6/19/01___  COURT REPORTER: _____

FILING FEE:
Notice of Appeal _____Paid ___x___ Not Paid _____Seaman
Docket Fee _____Paid ___x___Not Paid _____USA or Govt.

FILED
HARRISBURG, PA
JUN 2 8 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

CJA Appointment: (Attach copy of order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable  _____

_____Motion Granted
_____Denied
_____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)

_____Granted
_____Denied
_____Pending

PENDING MOTIONS ___NO___
COPIES TO:
Judge Rambo
Magistrate Judge Blewitt
Eric Berringer
Seth A. Mendelsohn, Esquire
Francis R. Filipi, Esquire
Michael B. Fisher, Esquire
DA Snyder County
File Copy

Deft. Address: _____
_____
_____
_____

_____
Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.