OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4926

pacer.ca3.uscourts.gov

June 26, 2001

**NOTICE OF DOCKETING OF APPEAL**

Berringer v. PA Bd Probation

No(s): 00-cv-01994

(Honorable Sylvia H. Rambo)

FILED
HARRISBURG, PA

JUN 2 9 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

An appeal by **Eric Berringer** was filed in the above-captioned case on 6/19/01, and docketed in this Court on 6/26/01, at No. **01-2594**.

Kindly use the Appeals Docket No. **01-2594** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk