

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

July 13, 2001

RE: Berringer vs. PA Board of Probation and Parole, et al.
Civil Action No. 1:CV-00-1994
USCA No. 01-2594

Dear Ms. Waldron,
    Enclosed please find:

    \_\_\_\_\_One certified copy of the docket entries
        to be filed as the Certified List in
        Lieu of the Record.

    \_\_\_\_\_Actual Record with one certified copy
        and one uncertified copy of docket
        entries.

    \_\_\_\_\_One certified copy of docket entries to
        be filed as the Certified List in Lieu
        of the \_\_\_\_ Supplemental Record.

    _x_ Actual _1st_ Supplemental Record with
        one certified copy and one uncertified
        copy of docket entries.

DOCUMENT 15

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

**FILED**
**HARRISBURG**
JUL 19 2001
MARY E. D'ANDREA, CLER
Per\_\_\_\_
DEPUTY CLERK

Sincerely,
MARY E. D'ANDREA, CLERK

Jill Cardile
Deputy Clerk

Dana Moore 7-16-