OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Harrisburgh_
(District) — Clerk of District Court

Date _06-28-02_

_Berringer v. PA Bd Probation_
(Caption)

C. of A. No. _01-2594_

_Eric Berringer_
(Appellant)

_00-CV-1994_
(D.C. No.)

Rec'd
JUL 09 2002
MARY E. D'ANDREA, CLERK

Enclosures:
_6-28-02_____Certified copy of C. of A. Order by the Court/Clerk
(Date)

* ___✓___ Record

* ___✓___ Supplemental Record (First)

* _____ Exhibits

* _____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_____ (267)-299-_4926_
Deputy Clerk        Telephone Number

* _____ (267)-299-_4912_
Record Processor    Telephone Number

_7/8/02_

Receipt Acknowledge:
_ack'n'd_
(Name) _7-9-02_

BPS-202                                    June 6, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **01-2594**

ERIC BERRINGER

    VS.

PA BOARD OF PROBATION AND PAROLE

    (M.D. PA. CIV. NO. 00-CV-01994)

Present:    ALITO, MCKEE and ALDISERT, CIRCUIT JUDGES

        Submitted is appellant's notice of appeal, which may be construed as a
request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)
in the above-captioned case.

                Respectfully,

                Clerk

MMW/EAW/zm

_____ORDER_____

    The Appellant's foregoing request for a certificate of appealability is denied on the
ground that Appellant's release from custody has rendered his habeas corpus petition
moot. The Appellant was released on parole in September, 2001. When a habeas
petitioner is released from the custody that he disputed, jurisdiction may be maintained
only if "some concrete and continuing injury other than the now-ended incarceration or
parole" exists. See Spencer v. Kemna, 523 U.S. 1, 7 (1998). The Appellant has pointed
to no such concrete and continuing injury, and none is apparent to us.

            By the Court,

            Circuit Judge

Dated:    JUN 2 8 2002

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk